# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Max S. Graves, Jr.<br><br>              Plaintiff,<br><br>vs.<br><br>Mark Lanasa and Michael Meath, in their individual capacities as officers of the Minneapolis Police Department, and the City of Minneapolis,<br><br>              Defendants. | Civil No. 10-2349 (RHK/JJK)<br><br>**ORDER FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT MEATH** |

Pursuant to the parties' Stipulation (Doc. No. 13), **IT IS ORDERED** that any and all of Plaintiff's claims against Defendant Michael Meath are **DISMISSED WITH PREJUDICE** and without costs to either party.

Dated:  June 29, 2011

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge