## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Max S. Graves, Jr. | Civil No. 10-2349 (RHK/JJK) |
| Plaintiff, | **ORDER FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT CITY OF MINNEAPOLIS** |
| vs. | |
| Mark Lanasa and Michael Meath, in their individual capacities as officers of the Minneapolis Police Department, and the City of Minneapolis, | |
| Defendants. | |

Pursuant to the Stipulation of Plaintiff Max S. Graves, Jr., and Defendant City of Minneapolis (Doc. No. 19), by and though their counsel of record, **IT IS ORDERED** that any and all of Plaintiff's claims against Defendant City of Minneapolis are **DISMISSED WITH PREJUDICE**, without costs to either party.

Dated: July 22, 2011

                                                       s/Richard H. Kyle
                                                       RICHARD H. KYLE
                                                       United States District Judge